STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendant
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT IDEMOTO | ) No. C 11-03616 SI |
| --- | --- |
| Plaintiff, | ) [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |
| vs. | |
| ALDERWOODS GROUP, INC. | |
| Defendant. | |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.  The Initial Case Management Conference previously set for October 28, 2011 (Dkt. No. 2) is continued to December 16, 2011, at 2:30 p.m. in Courtroom 10.

2.  The following deadlines are continued as set forth below:

| DATE | EVENT | GOVERNING RULE |
| --- | --- | --- |
| 11/25/11 | Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan;<br>• file ADR Certification signed by Parties and Counsel (form available at | FRCivP 26(f) & ADR L.R. 3-5<br><br>Civil L.R. 16-8(b) & ADR L.R. 3-5(b) & (c) |

| | | |
|---|---|---|
| | http://www.cand.uscourts.gov);<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov); | Civil L.R. 16-8(c) & ADR L.R. 3-5(b) & (c) |
| 12/9/11 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement per the Court's Standing Order re Contents of Joint Case Management Conference Statement (also available at http://www.cand.uscourts.gov); | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |

**IT IS SO ORDERED:**

10/4/11

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING CMC AND ADR DEADLINES
Case No.: CV 08-01184 SI

2