IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT IDEMOTO,<br><br>    Plaintiff,<br><br>  v.<br><br>ALDERWOODS GROUP, INC.,<br><br>    Defendant.<br>                                    / | No. C 11-03616 SI<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION SHOULD NOT BE GRANTED** |

On October 12, 2011, defendant Alderwoods Group, Inc. filed a motion to dismiss certain portions of plaintiff's complaint. The motion is scheduled for a hearing on November 18, 2011. Pursuant to Civil Local Rule 7-3(a), plaintiff's opposition was due by October 26, 2011. Plaintiff has not yet filed an opposition, nor has he communicated in any way with the Court concerning this matter.

Plaintiff is **hereby ORDERED TO SHOW CAUSE in writing to be filed no later than November 28, 2011**, why defendant's motion should not be granted. *See* Fed. R. Civ. Proc. 41(b). Plaintiff is notified that an inadequate or untimely response will result in the Court's granting defendant's motion to dismiss. The **November 18, 2011** hearing on defendant's motion to dismiss is hereby VACATED, and will be rescheduled if necessary.

**IT IS SO ORDERED.**

Dated: November 15, 2011

                                                    SUSAN ILLSTON<br>
                                                  United States District Judge