STEVEN H. GURNEE, ESQ. SB# 66056
JOHN A. MASON, ESQ. SB#166996
NICHOLAS P. FORESTIERE, ESQ. SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone      (916) 797-3100
Facsimile       (916) 797-3131

Attorneys for Defendant
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT IDEMOTO<br><br>                 Plaintiff,<br>     vs.<br><br>ALDERWOODS GROUP, INC.<br><br>                 Defendant. | No.  CV 11-03616 SI<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION |

Pursuant to the Stipulation of counsel and good cause appearing, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:    11/29/11                             _____
                                                            Honorable Susan Illston
                                                            United States District Court

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO STIPULATION 1
Case No.:  CV 11-03616 SI